<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ALLEN JEFFREY SATZ, | Civil Action No. 25-16567 (SDW) (JSA) |
| Plaintiff, | |
| v. | **ORDER** |
| AVA RENEE SATZ, | April 8, 2026 |
| Defendant. | |

**WIGENTON**, District Judge.

**THIS MATTER** having come before this Court upon the Report and Recommendation dated March 20, 2026, by Magistrate Judge Jessica S. Allen (D.E. 10 ("R&R") recommending dismissing Plaintiff Allen Jeffrey Satz's ("Plaintiff") Amended Complaint (D.E. 4 ("Am. Compl.")) for lack of subject matter jurisdiction pursuant to the *Rooker-Feldman* doctrine.  This Court has reviewed the reasons set forth by Judge Allen in her R&R and the record in this matter. Based on the foregoing, and for good cause shown, it is hereby

    **ORDERED** that Judge Allen's R&R is **ADOPTED** as the conclusions of law of this Court, and it is further

    **ORDERED** that Plaintiff's Complaint is **DISMISSED.**

    **SO ORDERED.**

/s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**


Orig:   Clerk
cc:     Jessica S. Allen, U.S.M.J.
        Parties